UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVID FONROSE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>UNSEALING ORDER</u>

Docket No.  24-CR-299

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rebecca M. Urquiola, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
            July 31, 2024

                                      *Cheryl Pollak*
                              HONORABLE CHERYL L. POLLAK
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK